UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANTUM BIOPHARMA LTD.,

                                    Plaintiff,

                    -*against*-

CIBC WORLD MARKETS, INC., RBC
DOMINION SECURITIES INC., *and* JOHN
DOES 1 THROUGH 10,

                                    Defendants.

**ORDER**

24-cv-7972 (ER)

RAMOS, D.J.

       On January 31, 2025, defendant CIBC World Markets Inc. and RBC Dominion

Securities, Inc. jointly filed a motion to dismiss the complaint.  Doc. 27.  On May 1, 2025,

Plaintiff filed an amended complaint.  Doc. 33.

       Accordingly, as the original complaint is no longer the operative pleading, the pending

motion to dismiss is moot.  Doc. 27.  The Clerk of Court is respectfully directed to terminate the

motion, Document 27.


       SO ORDERED.

Dated:    May 2, 2025
          New York, New York

                                        _____

                                        EDGARDO RAMOS, U.S.D.J.