# Katten

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**+1.212.940.8800 tel**
**katten.com**

**KEVIN P. BROUGHEL**
kevin.broughel@katten.com
+1.212.940.6343 direct

September 1, 2025

**Via ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**Re:** *Quantum Biopharma Ltd. v. CIBC World Markets Inc. et al., 1:24-cv-07972-ER*
**Letter Seeking Oral Argument on Defendants' Motion to Dismiss**

Dear Judge Ramos:

Defendants CIBC World Markets Inc. ("CIBC") and RBC Dominion Securities Inc. ("RBC") (each a "Defendant" and, together with the ten unnamed John Doe defendants, the "Defendants"), respectfully write pursuant to Your Honor's Individual Practice Rule 2(D), to request oral argument at the Court's convenience regarding Defendants' Motion to Dismiss the Amended Complaint (Dkt. 37), which is fully briefed today.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

Kevin P. Broughel

Enclosures